UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENE CODES CORPORATION,

    Plaintiff,

v.                                        Case No. 09-14687

NAOMI THOMSON,

    Defendant.
                                                   /

**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

      This matter is before the court on Plaintiff's Motion for a Preliminary Injunction, filed on December 14, 2009. In its Order of December 14, 2009, the court denied Plaintiff's request for a temporary restraining order. After full briefing by the parties, a hearing regarding Plaintiff's request for a preliminary injunction was conducted on December 18, 2009. For the reasons stated fully on the record,

      IT IS ORDERED that Plaintiff's Motion for a Preliminary Injunction [Dkt. # 7] is DENIED without prejudice.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: December 18, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 18, 2009, by electronic and/or ordinary mail.

                                              s/Lisa G. Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522